# EXHIBIT A



**Center for Global Legal Challenges**

YALE LAW SCHOOL

March 16, 2017

<u>Via Facsimile 203- 432-4871</u>

U.S. Department of State
Office of Information Programs and Services
A/GIS/IPS/RL
SA-2, Suite 8100
Washington, DC 20522-0208

Re:   <u>Freedom of Information Act Request and Request for Expedited Processing and Fee Waiver – Legal Authorities for International Agreements</u>

Dear Sir or Madam:

This is a request for records under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, and the State Department regulations relating to FOIA requests, 22 C.F.R. §§ 171.10-171.18. It is also a request for expedited processing under 22 C.F.R. § 171.11(f), and for a reduction or waiver of fees under 22 C.F.R. §§ 171.14-171.16.

We, the undersigned law professors, are submitting this request on behalf of the Yale Law School Center for Global Legal Challenges. The Center for Global Legal Challenges is an independent Center within the Yale Law School that bridges the divide between the legal academy and legal practice on global legal issues. It provides a forum where academic experts and students engage with public and private sector actors responsible for addressing global legal challenges. By bringing these communities together, the Center aims to inject new ideas into the public debate and grow a new generation of lawyers with a sense of their capacity and responsibility to use international law, foreign-affairs law, and national-security law to address the nation's challenges.

I.   **Background**

The Case-Zablocki Act of 1972 requires the Secretary of State to "transmit to the Congress the text of any international agreement . . . other than a treaty, to which the United States is a party as soon as practicable after such agreement has entered into force . . . but in no event later than sixty days thereafter." 1 U.S.C. § 112b(a). It also requires the Secretary to promulgate "rules and regulations" to ensure that the State Department complies with the Act. <u>Id.</u> § 112b(f).

To that end, Department regulations provide that all unclassified international agreements (other than treaties) "shall be transmitted by the Assistant Legal Adviser for Treaty Affairs to the President of the Senate and the Speaker of the House of Representatives" no later than 60 days

after "the entry into force of such agreements." 22 C.F.R. § 181.7(a). For such agreements, the Assistant Legal Adviser for Treaty Affairs "shall also transmit to the President of the Senate and to the Speaker of the House of Representatives . . . background information" for "each agreement." Id. § 181.7(c). If an agreement is classified, however, the text of the agreement and accompanying background information need only be transmitted "to the Senate Committee on Foreign Relations and to the House Committee on International Relations." Id. § 181.7(b)-(c).

There are two categories of "background information" that are to be transmitted to Congress pursuant to 22 C.F.R. § 181.7(c): "information explaining the agreement" and "precise citation[s] of legal authority." This FOIA request only seeks records related to the second category – that is, records documenting the legal authorities on which the U.S. government's international agreements (other than treaties) are based.

## II. Formal Request

We respectfully request that the Department provide to us all records documenting the "precise citation[s] of legal authority" for <u>unclassified</u> international agreements (other than treaties) submitted to the President of the Senate and Speaker of the House of Representatives pursuant to 1 U.S.C. § 112b(a) and 22 C.F.R. § 181.7(c), during the last four presidential administrations (*i.e.*, between the dates of January 20, 1989, and January 20, 2017). Our understanding is that all records responsive to this request are retained within the Office of the Assistant Legal Adviser for Treaty Affairs.

We are requesting these records to promote increased transparency regarding the thousands of international agreements concluded between foreign states and the U.S. government over the last four administrations. Many of these agreements have had a significant impact on the nation's economic and security interests. Indeed, international agreements regulate numerous subjects of public concern, including trade policy, nuclear energy, criminal-law enforcement, and environmental protection. Given the far-reaching impact of international agreements on American society, it is critical that the public has a complete understanding of their basis in U.S. law.

## III. Application for Expedited Processing

We request expedited processing for this request pursuant to 5 U.S.C. § 552(a)(6)(E) and implementing regulation 22 C.F.R. § 171.11(f). There is a "compelling need" for these records because, as described above, the information requested is sought by an organization "primarily engaged in disseminating information" to "inform the public concerning actual or alleged Federal Government activity." 5 § U.S.C. 552(a)(6)(E)(v)(ii); 22 C.F.R. § 171.11(f)(2). If you require further explanation concerning the basis of our request for expedited processing, please contact us at the email addresses listed below.

## IV. Application for Waiver or Limitation of All Fees

We also request that the Department waive and/or limit the search, review, and duplication fees associated with this request. The requested records are not sought for commercial use and will be disclosed to the public at no cost. In addition, the undersigned requesters are all affiliated with educational institutions, and are seeking the records described in this request for the purpose

of contributing to the public understanding of the federal government's activities, and for related scholarly research. We are therefore entitled to a waiver of search fees and review fees, and a waiver or reduction of duplication fees. See 5 U.S.C. § 552(a)(4)(A)(ii); see also 22 C.F.R. § 171.14(b)(5)(ii); 5 C.F.R. § 1303.70. If you require further information concerning the basis of our request for a fee waiver and/or limitation, please contact us at the email addresses listed below.

Should the Department determine that we are not eligible for a waiver of all fees, we are willing to pre-authorize the expenditure of up to $100.00 to process this request. Please contact us via email to obtain our authorization prior to charging any fees above that amount.

**V.     Response Requested in 20 Days**

Your attention to this request is appreciated, and we anticipate your determination concerning our request within twenty (20) calendar days pursuant to 22 C.F.R. § 171.11(e)

If this FOIA request is denied in whole or in part, we respectfully request that the Department provide a reasonable description of any withheld materials, and a justification for the withholding of such materials, including a reference to the FOIA exemption (or other legal authority) supporting the withholding. See 5 U.S.C. § 552(a)(6)(A)(i); 22 C.F.R. § 171.11(l). Should you have any questions regarding this request, please contact us at your earliest convenience at the email addresses listed below.

Sincerely,

Oona A. Hathaway
Director, Center for Global Legal Challenges, Yale Law School
oona.hathaway@yale.edu


Curtis A. Bradley
William Van Alstyne Professor of Law
Duke University School of Law
cbradley@law.duke.edu


Jack L. Goldsmith
Henry L. Shattuck Professor of Law
Harvard Law School
jgoldsmith@law.harvard.edu