# EXHIBIT D



United States Department of State

*Washington, D.C. 20520*

JUN 1 4 2017

Case Number: **F-2017-06190**

Ms. Oona A. Hathaway
Director, Center for Global Legal Challenges
Yale Law School
127 Wall Street
New Haven, CT 06511

Dear Ms. Hathaway:

This is in response to your Freedom of Information Act (FOIA) request, dated March 16, 2017, concerning records documenting the "precise citation[s] of legal authority" for unclassified international agreements submitted to the President of the Senate and Speaker of the House of Representatives during the last four presidential administrations (between January 20, 1989 and January 20, 2017).

Specifically, this letter addresses your appeal of our denial of a fee waiver dated June 7, 2017, which was received on June 12, 2017.

We have considered your request for a fee waiver. Based upon the information provided in your letter, your request for a fee waiver has been granted; therefore, your request will be processed at no charge to you.

Based upon this letter, we have also determined that your FOIA request will be processed in accordance with the fee schedule designated for the educational institution category, which permits us to assess charges that recover the cost of duplicating the record(s) sought only, after the first 100 pages of duplication.

---

*Office of Information Programs and Services*
*U.S. Department of State, SA-2*
*Washington, DC 20522-8100*
   *Website: www.foia.state.gov*

*Inquiries:*
*Phone: 1-202-261-8484*
*FAX: 1-202-261-8579*
*E-mail: FOIAStatus@state.gov*

For further communications, please note our contact information at the bottom of this page. You may also refer to our website for general information and guidelines. We can provide faster service if you include your request case number **F-2017-06190** in your communications with us.

Sincerely,

Eric F. Stein, Director
Office of Information Programs
and Services

Office of Information Programs and Services
U.S. Department of State, SA-2
Washington, DC 20522-8100
    Website: www.foia.state.gov

Inquiries:
Phone: 1-202-261-8484
FAX: 1-202-261-8579
E-mail: FOIAStatus@state.gov