# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| YALE LAW SCHOOL CENTER FOR GLOBAL LEGAL CHALLENGES, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF STATE, <br><br> Defendant. | Civil Action No. 3:17-cv-2042 <br><br><br> December 7, 2017 |

## RULE 7.1 DISCLOSURE STATEMENT

The Yale Law School Center for Global Legal Challenges certifies that it is an unincorporated subdivision of Yale University and is hosted by the Yale Law School, itself an unincorporated subdivision of Yale University. Yale University is a non-governmental, non-stock corporation organized and existing under the laws of the State of Connecticut, with its principal place of business in New Haven, Connecticut.

The Center for Global Legal Challenges submits the following statement of its corporate interests and affiliations pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and this Court's Standing Order Re: Disclosure Statements, for the use of the judges of this Court:

1. The Center for Global Legal Challenges is not a publicly-held corporation or other publicly-held entity.

2. The Center for Global Legal Challenge's parent corporation, Yale University, is a non-profit charitable organization.

3. No publicly-held corporation owns 10 percent or more of the Center of Global Legal Challenge's or Yale University's stock.

4. A supplemental disclosure statement will be filed upon any change in the information filed herein.

Respectfully submitted,

/s/David A. Schulz
David A. Schulz (459197)
Media Freedom and Information Access Clinic
919 Third Avenue, 37th Floor
New York, NY 10022
Tel: (212) 850-6103
Fax: (203) 432-3034
David.Schulz@yale.edu